Prepared by State Reporter from Appeal Papers

collision with another automobile owned by defendant Gardner.

*P. C. Dugan* for Chester D. Gardner, appellant.
*John J. Scully* for Clarence Bills, appellant.
*William H. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.; CARDOZO, Ch. J., and ANDREWS, J., dissent as to defendant Gardner.

---

JULIUS PENNACHIO, as Administrator of the Estate of HENRY PENNACHIO, Deceased, Appellant, *v.* JERSEY ICE CREAM CO., INC., Respondent.

*Negligence — motor vehicles — boy riding with another on bicycle killed by being thrown under passing motor truck.*

*Pennachio v. Jersey Ice Cream Co., Inc.,* 217 App. Div. **710,** affirmed. (Argued January 12, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 25, 1926, modifying and affirming as modified a judgment in favor of defendant, entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate, a boy about twelve years of age, was riding along a State road sitting on the frame of a bicycle propelled by another boy. Defendant's truck coming from their rear had partly passed the boys on the bicycle when the boy operating it lost control so that it toppled over throwing intestate under the rear wheel of the truck.

*Adelbert F. Jenks* and *Ernest P. Lyons* for appellant.
*George B. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.